Gregory STESHENKO, Plaintiff–Appellant,

v.

Thomas McKAY, of the Cabrillo Community College; et al., Defendants–Appellees.

No. 13–17095.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2014.*

Decided Jan. 17, 2014.

Gregory Steshenko, Aptos, CA, pro se.

Eric Kai–Him Shiu, John A. Shupe, Esquire, Lynch and Shupe, LLP, Burlingame, CA, Carolyn Katzorke, Dummit, Buchholz & Trapp, Sacramento, CA, for Defendants–Appellees.

Before: TROTT, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Plaintiff Gregory Steshenko appeals pro se the district court's denial of his request for preliminary injunctive relief. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

The sole issue is whether the district court abused its discretion in denying preliminary injunctive relief. We conclude

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the district court did not abuse its discretion. *Winter v. Natural Res. Def. Council Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).

**AFFIRMED.**